JAMES CASTLE (SBN 235551)
CASTLE LEGAL GROUP, APC
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 817-0192
Email: jcastle@castlelegalgroup.com

Attorneys for Plaintiff
Judith Van Boeyen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH VAN BOEYEN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE STANDARD INSURANCE COMPANY; and DOES 1 - 10, inclusive.,<br><br>    Defendants. | Case No: 24-CV-04246-NW<br><br>**PARTIES' STIPLUATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(A); [PROPOSED] ORDER THEREON** |

1
STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

` Plaintiff Judith Van Boeyen and Defendant Standard Insurance Company (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Settlement or Resolution: The Parties have reached a settlement or other resolution of all claims asserted in the above-captioned matter (the "Action").

2. Dismissal With Prejudice: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate to dismiss the Action with prejudice as to all claims, causes of action, and Parties.

3. Each Party to Bear Its Own Costs and Fees: Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with the prosecution and defense of this Action.

Accordingly, the Parties hereby respectfully request that this Court enter an order dismissing this Action in its entirety.

Date: April 8, 2025                CASTLE LEGAL GROUP, APC

                                   By:  /s/ James C. Castle
                                        JAMES C. CASTLE
                                        Attorney for Plaintiff  Judith Van Boeyen

Date: April 8, 2025                GORDON REES SCULLY MANSIKHANI, LLP

                                   By:  /s/ Rebecca A. Hull
                                        JORDAN S. ALTURA
                                        REBECCA A. HULL
                                        Attorney for Defendant
                                        The Standard Insurance Company

I attest that each signatory whose signatures appear above have authorized me to sign and file the document on their behalf.

Date: April 8, 2025                CASTLE LEGAL GROUP, APC

                                   By:  /s/ James C. Castle
                                        JAMES C. CASTLE

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the above-entitled action is dismissed in its entirety with prejudice.

Dated: April 25, 2025

_____
THE HONORABLE NOEL WISE
UNITED STATES DISTRICT COURT JUDGE